N. ALLEN SAWYER SBN 173565
THE LAW OFFICE OF ALLEN SAWYER PC
4578 Feather River Dr Ste D
Stockton, CA 95219
Phone: (209) 645-0556
Fax: (888) 645-0056
allen@allensawyer.com

Counsel for Defendant
MINH TRUONG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINH TRUONG,<br><br>　　　　Defendant. | CASE NO.  2:24-cr-00071-DJC-9<br><br>**WAIVER OF DEFENDANT'S PRESENCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including but not limited to when a continuance is ordered and when any other action is taken by the court before or after a hearing, except upon arraignment, plea, trial confirmation hearing, empanelment of a jury, during trial, and imposition of sentence. Defendant hereby requests the court to proceed during every absence the court may permit under this waiver and agrees that their interests will be deemed represented at all times by the presence of defendant's attorney, the same as if the defendant were personally present. Defendant further agrees to be present at any time so ordered by the court.

- 1 -
WAIVER OF DEFENDANT'S PRESENCE

Defendant further acknowledges that they have been informed of their rights under Title 18 U.S.C. sections 3161–3171 (Speedy Trial Act) and authorizes their attorney to set times and delays under the Act without defendant being present.

DATED: January 15, 2025,   /s/ Minh Truong
MINH TRUONG
Defendant

DATED: January 15, 2025,   Respectfully Submitted,
LAW OFFICE OF ALLEN SAWYER PC

/s/ N. Allen Sawyer
N. ALLEN SAWYER
Attorney for Defendant,
Minh Truong

ORDER

IT IS SO ORDERED.

DATED: January 15, 2025

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

WAIVER OF DEFENDANT'S PRESENCE