N. ALLEN SAWYER SBN 173565
THE LAW OFFICE OF ALLEN SAWYER PC
4578 Feather River Dr Ste D
Stockton, CA 95219
Phone: (209) 645-0556
Fax: (888) 645-0056
allen@allensawyer.com

Counsel for Minh Truong

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MINH TRUONG,<br><br>Defendant. | ) Case No.: 2:24-cr-00071-DJC-9<br>)<br>) **STIPULATION AND ORDER TO**<br>) **AMEND DEFENDANT MINH**<br>) **TRUONG'S PRETRIAL RELEASE**<br>) **CONDITIONS**<br>)<br>)<br>)<br>)<br>) |

Defendant Minh Truong, by and through his attorney, N. Allen Sawyer, and the United States of America, by and through Assistant United States Attorney Katherine Theresa Lydon, hereby stipulate and agree as follows:

1. Mr. Truong is currently on pretrial release with travel restricted to the Eastern District of California, unless otherwise approved by the Court.

2. Mr. Truong respectfully requests that the Court temporarily modify his conditions of release to allow travel to Hawaii from July 29, 2026 to August 3, 2026.

3. Mr. Truong will be traveling to Hawaii for a family vacation and will be staying at a hotel during the trip.

- 1 -

4. Mr. Truong has represented that Pretrial Services has approved this travel request. Prior to departure, he will provide his Pretrial Services Officer with his complete travel itinerary and all necessary contact information.

5. All other conditions of release shall remain in full force and effect.

Accordingly, the parties respectfully request that the Court enter the proposed order below.

**IT IS SO STIPULATED.**

Dated: ___06/22/2026___                         /s/ N. Allen Sawyer
                                                _____
                                                **N. ALLEN SAWYER**
                                                Attorney for Minh Truong

Dated: ___06/22/2026___                         /s/ Katherine Theresa Lydon
                                                _____
                                                **KATHERINE THERESA LYDON**
                                                Assistant United States Attorney

STIPULATION AND ORDER TO AMEND DEFENDANT'S PRETRIAL RELEASE CONDITIONS                    2:24-cr-00071-DJC-9

**ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the Court hereby orders that Defendant Minh Truong is authorized to travel to Hawaii from July 29, 2026, through August 3, 2026.

Mr. Truong shall provide his complete travel itinerary, including lodging and contact information, to his Pretrial Services Officer prior to travel.

All other conditions of pretrial release shall remain in full force and effect.

**IT IS SO ORDERED.**

Date: 6/25/2026                                     /s/ Daniel J. Calabretta

                                                    HONORABLE DANIEL J. CALABRETTA

STIPULATION AND ORDER TO AMEND DEFENDANT'S PRETRIAL RELEASE CONDITIONS                2:24-cr-00071-DJC-9