N. ALLEN SAWYER SBN 173565
THE LAW OFFICE OF ALLEN SAWYER PC
4578 Feather River Dr Ste D
Stockton, CA 95219
Phone: (209) 645-0556
Fax: (888) 645-0056
allen@allensawyer.com

Counsel for Minh Truong

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MINH TRUONG,**<br><br>**Defendant.** | Case No.: 2:24-cr-00071-DJC<br><br>**STIPULATION AND ORDER TO SET CHANGE OF PLEA** |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by and through its counsel of record, Katherine Theresa Lydon, and Defendant Minh Truong, by and through his defense counsel of record, N. Allen Sawyer, as follows:

1. Defendant Minh Truong intends to withdraw his plea of not guilty and enter a plea of guilty.
2. The parties jointly request that the Court set a change-of-plea hearing on November 12, 2026, at 9:00 a.m., in Courtroom 7 before the Honorable Daniel J. Calabretta.
3. Counsel for both parties have conferred and are available on the requested date and time.
4. A written plea agreement has not been reached between the parties. The defendant intends to plead open to the charges in the indictment. The parties will submit a draft plea agreement or file a

factual basis for plea and memorandum regarding change of plea no later than noon on Monday, Nov. 9, 2026.

**IT IS SO STIPULATED.**

Dated: 11/03/2026

/s/ N. Allen Sawyer
**N. ALLEN SAWYER**
Attorney for Minh Truong

Dated: 11/03/2026

/s/ Katherine Lydon
**KATHERINE LYDON**
Assistant United States Attorney

# ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the change of plea hearing for Defendant Minh Truong is set for November 12, 2026, at 9:00 a.m., in Courtroom 7 before the Honorable Daniel J. Calabretta. The parties shall file a factual basis for plea and memorandum re open plea on or before 12:00 p.m. on November 9, 2026.

**IT IS SO ORDERED.**

Dated: November 3, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE