N. ALLEN SAWYER SBN 173565
THE LAW OFFICE OF ALLEN SAWYER PC
4578 Feather River Dr Ste D
Stockton, CA 95219
Phone: (209) 645-0556
Fax: (888) 645-0056
allen@allensawyer.com

Counsel for Minh Truong

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MINH TRUONG,<br>Defendant. | Case No.: 2:24-cr-00071-DJC-9<br><br>**ORDER TO SET CHANGE OF PLEA** |

THE COURT, having considered the foregoing Stipulation of the parties and good cause appearing, HEREBY ORDERS as follows:

1. The change-of-plea hearing in the above-captioned matter is SET for December 3, 2026, at 9am in Courtroom 7 before the Honorable Daniel J. Calabretta.
2. Counsel shall appear with Defendant, Minh Truong in person.
3. The parties' factual basis for the change of plea at Dkt. 233 forms the basis for an open plea.

**IT IS SO ORDERED.**

Dated: November 19, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE